AO279,TERMED,WEISMAN

# United States District Court
# Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3) (Chicago)
# CIVIL DOCKET FOR CASE #: 1:25−cv−11154

Huang v. Shenzhen Zhaocheng Technology Co., Ltd. et al.  
Assigned to: Honorable Martha M. Pacold  
Cause: 35:271 Patent Infringement  

Date Filed: 09/16/2025  
Date Terminated: 09/16/2025  
Jury Demand: None  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2025 | 1 | COMPLAINT filed by William Huang; Filing fee $ 405, receipt number AILNDC−24065846. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Zhou, Huicheng) (Entered: 09/16/2025) |
| 09/16/2025 | 2 | MOTION by Plaintiff William Huang to seal (Attachments: # 1 Supplement)(Zhou, Huicheng) (Entered: 09/16/2025) |
| 09/16/2025 | 3 | SEALED DOCUMENT by Plaintiff William Huang (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(Zhou, Huicheng) (Entered: 09/16/2025) |
| 09/16/2025 | 4 | CIVIL Cover Sheet (Zhou, Huicheng) (Entered: 09/16/2025) |
| 09/16/2025 | 5 | ATTORNEY Appearance for Plaintiff William Huang by Huicheng Zhou (Zhou, Huicheng) (Entered: 09/16/2025) |
| 09/16/2025 |  | CASE ASSIGNED to the Honorable Martha M. Pacold. Designated as Magistrate Judge the Honorable M. David Weisman. Case assignment: Random assignment. (Civil Category 1). (lj, ) (Entered: 09/16/2025) |
| 09/16/2025 |  | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post−trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (lj, ) (Entered: 09/16/2025) |
| 09/16/2025 | 6 | AMENDED complaint by William Huang against wolltex and the Individuals and Entities operating wolltex and terminating Shenzhen Zhaocheng Technology Co., Ltd. et al. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Zhou, Huicheng) (Entered: 09/16/2025) |
| 09/16/2025 | 7 | NOTICE of Voluntary Dismissal by William Huang (Zhou, Huicheng) (Entered: 09/16/2025) |
| 09/16/2025 | 8 | MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Notice of Voluntary Dismissal, 7 , this case is hereby dismissed without prejudice. Plaintiff's motion for leave to file under seal and / or redacted documents, 2 , is denied as moot. Civil case terminated. (rao, ) (Entered: 09/16/2025) |
| 09/17/2025 | 9 | MAILED Patent report to Patent Trademark Office, Alexandria VA (gmm) (Entered: 09/17/2025) |